## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

      Taeko R Lucas Clay
      Amos Clay  Jr
          Debtor(s)

Case No. 14-16775

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/02/2014.

2) The plan was confirmed on 07/23/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 12/06/2018.

6) Number of months from filing to last payment: 55.

7) Number of months case was pending: 59.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $19,299.00.

10) Amount of unsecured claims discharged without payment: $95,668.30.

11) All checks distributed by the trustee relating to this case have cleared the bank .

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $12,500.00 | |
| Less amount refunded to debtor | $125.00 | |
| **NET RECEIPTS:** | | **$12,375.00** |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,355.30 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $560.91 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,916.21** |

Attorney fees paid and disclosed by debtor:    $644.70

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICASH | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris/Med Business Bureau | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris/Med Business Bureau | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| AT & T BANKRUPTCY | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I | Unsecured | 6,000.00 | 5,579.93 | 5,579.93 | 780.17 | 0.00 |
| CBE GROUP | Unsecured | 1,264.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,700.00 | 4,993.40 | 4,993.40 | 698.16 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | 4,000.00 | 664.00 | 664.00 | 92.84 | 0.00 |
| CITY OF CHICAGO EMS | Unsecured | NA | 333.00 | 333.00 | 46.56 | 0.00 |
| Comcast | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,000.00 | 3,025.92 | 3,025.92 | 423.07 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 639.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| Family Furniture & Dollar | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| FEMA | Unsecured | 14,222.00 | 14,237.00 | 14,237.00 | 1,990.57 | 0.00 |
| FIRST NATIONAL COLLECTION BURI | Unsecured | 1,656.74 | NA | NA | 0.00 | 0.00 |
| Flex Pay | Unsecured | 2,002.00 | NA | NA | 0.00 | 0.00 |
| Goldman and Grant | Unsecured | 1,772.01 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF HEALTHCARE & FAMILY | Unsecured | NA | 6,749.02 | 6,749.02 | 943.63 | 0.00 |
| IL DEPT OF HEALTHCARE & FAMILY | Unsecured | NA | 13,897.15 | 13,897.15 | 1,943.05 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Unsecured | 22,226.45 | NA | NA | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 1,657.00 | 0.00 | 1,656.93 | 231.67 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Secured | NA | 1,656.93 | 1,656.93 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 222.70 | 222.70 | 31.14 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 496.78 | 496.78 | 69.46 | 0.00 |
| Midland Funding | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,436.00 | 2,435.75 | 2,435.75 | 340.56 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PAYDAY LOAN STORE OF IL INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 2,000.00 | 2,961.70 | 2,323.41 | 325.44 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Unsecured | NA | 1,656.74 | 1,656.74 | 231.64 | 0.00 |
| RENT A CENTER CORP | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SINAI MEDICAL GROUP | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,855.00 | 2,223.16 | 2,223.16 | 310.83 | 0.00 |
| STATE FARM MUTUAL | Unsecured | 1,772.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| THE SEMRAD LAW FIRM LLC | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED/NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED/NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wow! Internet Cable Phone | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,656.93 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,656.93** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$60,494.89** | **$8,458.79** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $3,916.21 |
| Disbursements to Creditors | $8,458.79 |
| **TOTAL DISBURSEMENTS:** | **$12,375.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/03/2019                       By: /s/ Tom Vaughn
                                            _____
                                                Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**